William Allen LEGG, Plaintiff–
Appellant,

v.

SPRING GROVE HOSPITAL,
Defendant–Appellee.

No. 02–1071.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

William Allen Legg, Appellant Pro Se.

Before DIANA GRIBBON MOTZ,
TRAXLER, and GREGORY, Circuit
Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

William Allen Legg seeks to appeal the
district court's order denying his 42
U.S.C.A. § 1983 (West Supp.2001) com-
plaint. We dismiss the appeal for lack of
jurisdiction because Legg's notice of ap-
peal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, *see* Fed.
R.App. P. 4(a)(1), unless the district court
extends the appeal period under Fed.
R.App. P. 4(a)(5) or reopens the appeal
period under Fed. R.App. P. 4(a)(6). This
appeal period is "mandatory and jurisdic-
tional." *Browder v. Director, Dep't of Cor-
rections*, 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson*, 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on September 25, 2001.
Legg's notice of appeal was filed on De-
cember 27, 2001. Because Legg failed to
file a timely notice of appeal or to obtain
an extension or reopening of the appeal
period, we dismiss the appeal. We deny
Legg's motions for discovery and for
general relief. We dispense with oral ar-
gument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*